# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IVAN BOETTNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BNSF RAILWAY COMPANY | ) | 8:06CV641 |
| (Individually and as Successor-in- | ) | |
| Interest to the Burlington Northern | ) | ORDER |
| Inc., Chicago Burlington & Quincy | ) | |
| Railroad Company, Burlington | ) | |
| Northern, Inc., and Burlington | ) | |
| Northern Railroad Company), | ) | |
| | ) | |
| Defendant. | ) | |

This action is part of a group of cases that are involved in multi-district litigation now pending in the U.S. District Court for the Western District of Missouri, i.e., IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI), MDL No. 875. Accordingly,

**IT IS ORDERED** that the parties' JOINT MOTION TO STAY FURTHER PROCEEDINGS [11] is granted.

**DATED December 4, 2006.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**